RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 15 2005

JAMES W. McCORMACK, CLERK
By:_____
                DEP CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 15 2005

JAMES W. McCORMACK, CLERK
By:_____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY WAYNE JONES
ADC #70147                                                                     PLAINTIFF

V.                                          5:05CV00198 JMM/JTR

CONNIE HUBBARD, Advanced
Nurse Practitioner, Varner Super Max,
Arkansas Department of Correction, et al.                          DEFENDANTS

## ORDER

Pending is Plaintiff's motion to clarify the record and for reconsideration. (Docket # 13). On August 26, 2005 the Court entered an Order and Judgment dismissing Plaintiff's complaint with prejudice for failing to state a claim upon which relief may be granted. Plaintiff asks the Court to clarify that the Court considered all pages of the exhibits which he attached to his Objections to the Recommended Disposition and Plaintiff's statement of necessity. The Court considered all the documents provided by the Plaintiff. For the reasons set forth in the Recommended Disposition, Plaintiff's motion is denied.

IT IS SO ORDERED this 15th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE